IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDI D. O'HARA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 10-14 |
| | ) | |
| v. | ) | Judge Alan N. Bloch |
| | ) | Magistrate Judge Cathy Bissoon |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

On April 9, 2010, this case was referred to United States Magistrate Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On November 19, 2010, the magistrate judge issued a Report (Doc. 14) recommending that Plaintiff's Motion for Summary Judgment (Doc. 9) be granted in part and denied in part, that Defendant's Motion for Summary Judgment (Doc. 11) be denied, and that this case be remanded for further administrative proceedings. Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, on this ___5th___ day of ___January___, 2011, IT IS HEREBY ORDERED that: Plaintiff's Motion for Summary Judgment (**Doc. 9**) is **GRANTED** to the extent it seeks a remand for further administrative proceedings; Plaintiff's Motion is **DENIED** to the extent it seeks an immediate award of benefits; Defendant's Motion for Summary

Judgment (**Doc. 11**) is **DENIED**; and this case is **REMANDED FORTHWITH** to the Commissioner of Social Security for further administrative proceedings, as consistent with the magistrate judge's Report and Recommendation.

The Report and Recommendation of Magistrate Judge Bissoon dated November 19, 2010 is hereby adopted as the Opinion of the District Court.

                                                s|Alan N. Bloch
                                                Alan N. Bloch
                                                United States District Judge

cc (via email):

All Counsel of Record